UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATHEW R. RUTH,<br><br>                        Plaintiff,<br><br>   v.<br><br>PATRICK GLEBE, RAY GONZALEZ,<br><br>                        Defendants. | No. C14-1388 BHS-KL<br><br>ORDER GRANTING TWO MOTIONS FOR ADDITIONAL TIME |

On January 2, 2015, Plaintiff filed a motion asking for additional time to file his response to Defendants' motion to dismiss. Dkt. 16. Six days later, before Mr. Ruth's motion was ripe for consideration, Mr. Ruth filed his response to the motion to dismiss and a cross motion for summary judgment. Dkt. 17.

On January 13, 2015, Defendants filed a motion asking for additional time to respond. Dkt. 19. Defendants noted that Mr. Ruth's response and cross motion had not been timely filed. Dkt. 19. Three days later, prior to Defendants' motion being ripe for review, Defendants filed their responsive pleading. Dkt. 20.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for additional time (Dkt. 16) is GRANTED. The undersigned will consider (Dkt. 17), Mr. Ruth's responsive pleading and cross motion.

ORDER - 1

(2)     Defendants' motion for additional time (Dkt. 19) is GRANTED. The undersigned will consider (Dkt. 20), Defendants' reply and response to Mr. Ruth's motion for summary judgment.

(3)     The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 24th day of March, 2015.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2