UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW R. RUTH,

    Plaintiff,

v.

PATRICK GLEBE, et al.,

    Defendants.

CASE NO. C14-1388 BHS

ORDER GRANTING PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME AND RENOTING REPORT AND RECOMMENDATION

This matter comes before the Court on Plaintiff Matthew Ruth's ("Ruth") unopposed motions for extension of time to file objections (Dkts. 26 & 27).

On June 3, 2015, and July 6, 2015, Ruth filed a motion for an extension of time to file objections. Ruth asserts that, for various reasons outside of his control, he was unable to meet the deadline for filing objections. The Court has reviewed the pleadings and finds that good cause exists to extend the relevant deadline. Therefore, the Court **GRANTS** Ruth's motions.

ORDER - 1

1 | Ruth's objections are due on August 7, 2015. A response, if any, is due on August 14, 2015. A reply, if any, is due on August 21, 2015. The Clerk shall renote the report and recommendation for consideration on the Court's August 21, 2015 calendar.

Dated this 16th day of July, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2