UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW R RUTH,<br><br>                Plaintiff,<br><br>   v.<br><br>PATRICK GLEBE, RAY GONZALEZ,<br><br>                Defendants. | CASE NO. 2:14-CV-01388-BHS-DWC<br><br>ORDER |

      Plaintiff Matthew R. Ruth, proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 action, filed a Motion for Production of Exhibits and a Motion for Extension of Time to File Amended Complaint. Dkt. 42, 45. After review of the Motions and relevant record, the Court denies both the Motion for Production of Exhibits and the Motion for Extension of Time.

**A. Motion for Production of Exhibits**

      In his Motion for Production of Exhibits, Plaintiff requests copies of the exhibits attached to his original Complaint and Motions for Extension of Time. Dkt. 42. To receive copies from the Court, the requesting party must pay $0.50 per page. As Plaintiff has not provided the necessary payment, his Motion for Production of Exhibits is denied.

ORDER - 1

A review of the docket shows Plaintiff is requesting the Court provide him with 108 pages of exhibits. *See* Dkt. 8, 8-1, 26, 27. If Plaintiff wishes to receive copies of the exhibits attached to his original Complaint and Motions for Extension of Time, he must submit a check in the amount of $54.00 made payable to the US District Court. Upon receipt of the check, the Clerk's Office will copy and send the requested pages.

**B. Motion for Extension of Time**

On November 4, 2015, Plaintiff filed a Motion for Extension of Time requesting an extension to file his amended complaint. Dkt. 45. Plaintiff stated he would not be able to file an amended complaint by November 6, 2015, the date it was due. *See* Dkt. 33, 38, 45. However, on November 6, 2015, Plaintiff filed his Amended Complaint. Dkt. 47. As Plaintiff timely filed his Amended Complaint, the Motion for Extension of Time is denied as moot.

Dated this 16th day of November, 2015.

David W. Christel
United States Magistrate Judge