UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW R. RUTH,

            Plaintiff,

    v.

PATRICK GLEBE, et al.,

            Defendants.

CASE NO. 2:14-CV-01388-BHS-DWC

ORDER

On September 24, 2015, Plaintiff filed a Motion for Temporary Restraining Order ("Motion"). Dkt. 37. The undersigned issued a Report and Recommendation recommending the Motion be denied as there was no complaint stating a cognizable claim in the case and therefore Plaintiff failed to show a likelihood of success on the merits. *See* Dkt. 46. After the Report and Recommendation was issued, Plaintiff filed an Amended Complaint. Dkt. 47.

On December 14, 2015, the district judge assigned to this case entered an Order which declined to adopt the Report and Recommendation in light of the newly filed Amended Complaint and referred the Motion to the undersigned for further consideration. Dkt. 58.

The undersigned hereby orders:

ORDER - 1

1. Defendants to file a response to Plaintiff's Motion for a Temporary Restraining Order on or before December 30, 2015.
2. If Plaintiff wishes to file a reply to Defendants' response, he must do so on or before January 8, 2016.

Dated this 16th day of December, 2015.

David W. Christel
United States Magistrate Judge

ORDER - 2