UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

MATTHEW R. RUTH,
KRISTINE A. KAIN,

     Plaintiffs,

V.

PATRICK GLEBE, et al

     Defendants.

MOTION FOR EXTENSION of time to
File the Reply and Amended complaint
TRO to send out Legal Mail, make
Legal copies, give Legal Property,
and provide Legal envelop.

The facts for this Motion are in Exhibits 30-52 of the
Amended complaint. I am in seg and have not been given my TRO answer/
Response, so I cannot litigate a Reply. I have finished the Amended
complaint w/70 Exhibits so far and J. Thompson and other
PRison officials refuse to E-File it because I have grieved them
And are suing them. This is active interference. Please grant me
A Motion for Extension of Time until I can finish and E-File and get
my legal property. Also grant a TRO ordering them to give me my legal
property, make legal copies, give me a 9x12, and send out my legal mail.
Respectfully submitted,
3-21-16

X_____
Matthew R. Ruth Pro se    874442