Case No. 2:14-CV-01388-BHC-DWC

Western District of Washington
United States District Court
At Tacoma

Matthew R. Ruth
        Plaintiff,

    V.

Patrick Glebe, et al....
        Defendants.

Supplemental complaint
Please add to amended
complaint; supplemental
exhibits to claim against
McTarsuey, Dahne, and
I & I U.
TRO to get me out of
this facility because my
life is in danger from I & I U

IN December when I & I U and Margreat Gilbert placed
me on the No PCN, No paper, and No book restrictions, I & I U threatened
my life over the law suit and Michael Lindsey incident. They threatened
to "Bury me." I am scared for my life and never want to talk
to these people. I spoke to Kristine A. Hain yesterday on
3-23-16 she said Olympia finalized me for Callam bay. I was informed
by C/O Crane that I would be pairing out Friday 3-25-16.

Page one of seven

ON wednesday 3-23-16 the CIO's came IN the Pod And
ANNounced that I&I wanted to talk to an Inmate a
few houses down. That Inmate began protesting, "I am Not
speaking to them." The Whole Pod began screaming "Don't snitch,
Do Not go." A few minutes later the Officers came back and
Apologized to the Inmate they said they had the Wrong
house. The Inmate stated — "you guys scared me." The reason
I's talking to I&I is dangerous to an Inmates physical
well being other offenders will Stab, beat up, etc....
INmates who talk to I&I. This was a Ploy by I&I a
To make that offender look bad so that when he goes
To closed custody he gets hurt.

    Well, the CIO's came to My house EB-10 And told
Me in front of the Whole Pod, Right after leaving that Inmates
house with the Apology, "Ruth I&I wants to talk to you."
The Whole EB Pod went Nuts, screaming "Do Not go"
"Dont snitch! "Take the write up."

        I refused to speak to them alone because they
Threatened My life And I am scared to be alone with

page Two of seven

them _____ planning to hurt me AND I want a witness with me so that they don't try to bury me. the CIO's said that I & I said "It IS Non-Negotiable!" I told the CIO's I fear for my safety And do Not want to go, I & I can come Talk to me IN the Pod so everyone can hear And see what happens.

This Morning CIO Crane delivered my e-filing legal mail, CIO Dix was with him. CIO Crane Told me "It's wierd, i've Never seen anything like this, but I & I pulled you off the back-out list, your Not leaving!" I asked "Is it because I did Not want to talk to them?" The CIO Crane did Not Know, I asked "are they going to Try and change my FINALIZATION to Callam-Bay And have me sent to walla-wella?" CIO Crane said "maybe!"

I & IU is trying to make me look like a snitch and get me Hurt IN closed custody, I & IU IN SCCC is out of control. They commit crimes And Abuse their Power To Hurt inmates they do Not like and their families. I need this court to order me out of this FACILITY

page three of seven

Because my life is in danger and they keep retaliating against me. Doc Policy 300.380 states that Olympia's final decision on classification is not appealable. So I&I and somebody in Olympia are breaking the law to retaliate against me, Ms. Kain, and my family, there is nobody to hold these people accountable, they do what ever they want. I am begging this court to step in and get me out of here, out of this crooked, dirty, law breaking facility. I am already finalized for Callum-Bay and was supposed to pack out Friday and leave Monday. Please help me, I&I is trying to do something crazy, Cockrane and others said they have never seen this before. Please add this claim to my complaint.

Next, Defendants Danne and McTarsney will not even process my grievances anymore.

Page four of Seven

I grieved Dahne and McTarsney will not process the grievance. Exhibit 71. I have grieved her also but the grievance disappeared.

They are saying I can only have 5 grievances in at a time. This means that there CIO's can and IDIU can and the other staff commit retaliation and active interference with impunity. This is unconstitutional. The application of that Policy cannot withstand constitutional muster because it denies me grievance process. Those grievances are not frivolous.

The CIO they call Alf and CIO Anding just came to my door and said that "when IDIU wants to talk to you and you dont go talk to them, they will fuck your world up." This is unconstitutional, there is no law, or Policy that states I have to talk to them, especially, when my life is in danger from them.

How can they intentionally hurt me out of anger
Because I do not want to put my life in
Danger in two ways? One, Talking to the dudes
who threatened to bury me; two, Talking to them and
getting Labeled a snitch and risk getting stabbed
And beat up. FRED is out of control and needs
To be regulated.

Back to ms. McTarsney and D. Dahne,
Exhibit 72 denied to accept my Appeal
over the sgt. Martinez incident stealing my magazines.
He states I can only have 5 active grievances, the Appeal
is from an already active L1 grievance, He is a liar.
Exhibit 73 is the grievances about S. Sullivan and J.
Thompson denying me access to the courts.
Exhibit 74 is over S. Sullivan not participating in my
PRMT Because she is trying to get me sent to walla
walla out of Retaliation. Staff Misconduct is serious.

page six of seven

I will file a grievance on I&IU

But as this court can see this facility will not process it. I was just told again by the same c/o's that I&IU is trying to give me a program now, which means I stay in seg. for 6-months to 2-years just for not talking to them. I need this court to intervene immediately. I&IU is dirty and will do whatever it takes to hurt me. Remember today is thursday and I was already finalized for Callam-Bay by Olympia, packing out Friday and leaving Monday. I was packing out the 25th and leaving the 28th. Now I&IU out of retaliation is trying to get me sent to walla-walla, or give me a program.

<u>CONCLUSION</u>

Please add these claims to my amended complaint and TRO. Please add these exhibits to my amended complaint. Please grant my TRO and get me out of this facility away from I&IU and the other defendants.

Respectfully submitted,
this 24th day of March, 2016

page seven of seven

X _____
Matthew R. Auth 874492

EXHIBIT
>1

16606824

**LOG I.D. NUMBER** 16C6006824

**Department of Corrections** WASHINGTON STATE

# OFFENDER COPY

**OFFENDER COMPLAINT**

CHECK ONE: ☑ Initial   ☐ Emergency   ☐ Appeal   ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain <u>what happened</u>, <u>when</u>, <u>where</u>, and <u>who</u> was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** Complaints must be filed within <u>20 working days</u> of the incident. Appeals must be filed within <u>5 working days</u> of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|---|---|
| Ruth | Matthew | R. | 879492 | SCCC | FB-10 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

**MAILING ADDRESS:** STREET OR P.O. BOX          CITY, STATE          ZIP CODE          TELEPHONE

**COMPLAINT:** Dahne has continued to deny me Grievance Process. I have not heard Back from my last Grievance against him. Today I received one Emergency grievance Back from him stating that J. Thompson refusing to E-file my motions so that I can meet my deadlines, verify my deadlines, and Retaliating against me Because his name is on the amended complaint is not an emergency. I also received two grievances Back 1660602 & 16606503 grieving similar active interference and retaliation Because Dahne states they are on the wrong form. that is the form the floor officers in seg gave me.

**SUGGESTED REMEDY:** I'm suing Dahne for denying me the grievance process. I fire Dahne. Process my three grievances. $1,000,000.00 for the retaliation and active interference.

(right margin, vertical) I am in seg & could access complaints from my property?

Mandatory _(signature)_          3-18-16
Signature          Date

| GRIEVANCE COORDINATOR'S RESPONSE | Facility/Office SCCC IMU | Date Received 3/21/16 |
|---|---|---|

Your complaint is being returned because:
☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____.
☐ Administratively Withdrawn _____.
☐ The formal grievance/appeal paperwork is being prepared.

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting needed. (See below.)
   Return within 5 working days or by: _____.
☐ No rewrite received _____.
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:**

You are allowed and currently have 5 active grievances: 16606821, 16606819, 16606816, 16606814 and 16606091. In addition you may only file 5 complaints during any calander week.

Between 3/15 and 3/18/2016 you filed 9 complaints to include 16606821, 16606819, 16606816, 16606814, 16606830, 16606828, 16606825, 16606824 and 16606823

| Coordinator's Name (print) | Coordinator's Signature | Date |
|---|---|---|
| Kerri S. McTarsney CSII | _(signature)_ | 3/22/16 |

DOC 05-165 Front (Rev. 04/01/14)          DOC 810.100, DOC 550.100

EXHIBIT

72

16604542



OFFENDER COPY

LOG I.D. NUMBER
16604542

**Department of Corrections** WASHINGTON STATE

**OFFENDER COMPLAINT**

CHECK ONE: ☐ Initial   ☐ Emergency   ☑ Appeal   ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** Complaints must be filed within 20 working days of the incident. Appeals must be filed within 5 working days of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|---|---|
| RUTH | MATHEW | R | 879492 | SCCC | PB-10 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|

**COMPLAINT:** I provided the search Report that proves the magazines went to Sgt. Martinez for Sgt. Review. that means the property is in his sergeants Box in his office under lock. So unless he personally hand delivered my magazines, three Books, law etc... he is a LIAR. He has stole my property before and I am suing him for it. where is the chain of custody showing that my magazines were transferred from A3 Sgt. To G-unit Sgt? my remedy can be met. which Sgt.

**SUGGESTED REMEDY:** did he give it to? Same remedy plus fire Martinez fort stealing my property.

Mandatory _(signature)_ M. Ruth   3-18-16

**GRIEVANCE COORDINATOR'S RESPONSE**
Your complaint is being returned because:
☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____
☐ Administratively Withdrawn
☐ The formal grievance/appeal paperwork is being prepared.

Facility/Office SCCC Imu   Date Received 3/21/16
☐ The complaint was resolved informally.
☐ Additional information and/or rewriting needed. (See below.) Return within 5 working days or by: _____
☐ No rewrite received _____
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:** Appeal not accepted.   No

You are allowed and currently have 5 active grievances: 16606821, 16606819, 16606816, 16606814 and 16606091. In addition you may only file 5 complaints during any calander week.

Between 3/15 and 3/18/2016 you filed 9 complaints to include 16606821, 16606819, 16606816, 16606814, 16606830,16606828, 16606825, 16606824 and 16606823

You may elect to withdraw one of your active complaints to allow space to file your appeal. It is your responsibility to prioritize your complaints.

Coordinator D. Dahne CSIII   Coordinator's Signature   Date 3/22/16

DOC 05-165 Front (Rev. 04/01/14)   DOC 310.100, DOC 550.100

EthIBIt
73

*contact* ~~staff~~ *That this is an emergency Grievance dentNot to Send Legal Copies*

**Department of Corrections**
WASHINGTON STATE

**OFFENDER COPY**

**LOG I.D. NUMBER**
11060660825
4-17-16 (SE)
1708

**OFFENDER COMPLAINT**

**CHECK ONE:** ☐ Initial  ☑ Emergency  ☐ Appeal  ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain <u>what</u> happened, <u>when</u>, <u>where</u>, and <u>who</u> was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** Complaints must be filed within <u>20 working days</u> of the incident. Appeals must be filed within <u>5 working days</u> of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|-----------|-------|--------|------------|-----------------|-----------|
| Ruth | Matthew | R. | 879492 | SCCC | F8-10 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|
| | | | |

**COMPLAINT:** Counselor Sullivan is retaliating against me And Active Interferring with my Access to the courts because I am currently Suing Sgt. Sullivan from the Property/Mail Room, And because of my Viral FaceBook Posting. Sullivan Refused to Send out my legal mail And give me copies. I have needed my legal mail Sent out Since 3-6-16. Nobody will Send it for me, or make me legal copies. I have the notes And paper from the court to prove it. I need my legal copies And legal mail Sent out. I have been waiting Since 3-6-16. Sullivan Refuses to Help me.

**SUGGESTED REMEDY:** $100,000 for Retaliation And Active Interference. Fire Counselor Sullivan. Send out my legal mail And give me copies.

Mandatory ___Signature___ M R Ruth   **Date** 3-17-16

| GRIEVANCE COORDINATOR'S RESPONSE | Facility/Office | Date Received |
|---|---|---|
| Your complaint is being returned because: | SCCC Imu | 3/21/16 |

☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____
☐ Administratively Withdrawn _____
☐ The formal grievance/appeal paperwork is being prepared.

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting needed. (See below.)
   Return within 5 working days or by: _____.
☐ No rewrite received _____
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:** LT. CASEY REVIEWED on 3/17/16 AT 1721 Hrs. No Communication was made with floor staff or Booth until counselor was off duty. Process as an Initial Grievance. *[signature]*

You are allowed and currently have 5 active grievances: 16606821, 16606819, 16606816, 16606814 and 16606091.
In addition you may only file 5 complaints during any calander week.

Between 3/15 and 3/18/2016 you filed 9 complaints to include 16606821, 16606819, 16606816, 16606814, 16606830, 16606828, 16606825, 16606824 and 16606823

Coordinator's Name (print)
**D. Dahne CSIII**                                3/21/16

DOC 05-165 Front (Rev. 02/14/13)                    DOC 310.100, DOC 550.100

*To call her if my legal mail is not being sent out it is emergency she said*

**Department of Corrections** WASHINGTON STATE

**OFFENDER COPY** ~~OFFENDER~~ C/O AUDITING

**LOG I.D. NUMBER** 11060X0830

**OFFENDER COMPLAINT**

CHECK ONE: ☐ Initial ☒ Emergency ☐ Appeal ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** Complaints must be filed within 20 working days of the incident. Appeals must be filed within 5 working days of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|---|---|
| Ruth | Matthew | R. | 879462 | SCCC | F8-10 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

MAILING ADDRESS: STREET OR P.O. BOX / CITY, STATE / ZIP CODE / TELEPHONE

**COMPLAINT:** J. Thompson the law librarian refuses to E-file my motions to both the Seattle and Tacoma division. Refuses to look at my court ordered deadlines that I have in my hand. Refuses to get me law library access. Refuses to make sure my 3-21-16 E-file deadline is met and my 3-25-16 this He is refusing me access to the courts. This 3-18-16 at around 11:19. This happened to me yesterday with counselor Sullivan also. I have a TRO ready to go I need

**SUGGESTED REMEDY:** It filed now. E-file my motions and exhibits today. Make sure I get my reply & Amended complaint (E-filed) on 3-21-16 and my traverse on 3-25-16 and verify my deadlines Mandatory. I have in my hand.

Signature / Date 3-18-16

You are allowed and currently have 5 active grievances: 16606821, 16606819, 16606816, 16606814 and 16606091. In addition you may only file 5 complaints during any calander week.

Between 3/15 and 3/18/2016 you filed 9 complaints to include 16606821, 16606819, 16606816, 16606814, 16606830, 16606828, 16606825, 16606824 and 16606823

Facility/Office SCC Imu  Date Received 3/21/16

e complaint was resolved informally.
dditional information and/or rewriting needed. (See below.)
turn within 5 working days or by: _____
rewrite received _____
nt to _____ (facility) on _____ (date).

**EXPLANATION:** Per Grievance Coordinator Dahne. This does not meet the criteria for an Emergency Grievance. File through Initial Grievance Channels.

Schuetter B. 3/18/16 @ 1156

Coordinator's Name (print) **D. Dahne CSIII** / Coordinator's Signature / Date 3/22/16

DOC 05-165 Front (Rev. 02/14/13)  DOC 310.100, DOC 550.100



# OFFENDER COPY

**LOG I.D. NUMBER** 11060Q6823

Department of
**Corrections**
WASHINGTON STATE

**OFFENDER COMPLAINT**

**CHECK ONE:** ☑ Initial   ☐ Emergency   ☐ Appeal   ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain <u>what happened</u>, <u>when</u>, <u>where</u>, and <u>who</u> was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** Complaints must be filed within <u>20 working days</u> of the incident. Appeals must be filed within <u>5 working days</u> of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|---|---|
| Ruth | Matthew | R, | 879492 | Sccc | F8-10 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS:  STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|

**COMPLAINT:** J. Thompson the Law Librarian refuses to E-file my motions for TRO, extensions, and appointment of counsel because they are against him and counselor Sullivan. He was at my door today 3-18-18 at 11:19 AM because I kited him and asked him how to E-file from seg (there are no instructions in the handbook) and that I have motions ready to file with the court orders in my hand. He refused to look at the deadlines on 3-21-18 & 3-25-16 court order and refused to E-file my motions and told me the deadlines in the my motions on 3-21-18 & 3-25-16. I cannot send physical mail to the District (courts they only accept E-file, this is blatant retaliation and active interference with my active deadlines.

**SUGGESTED REMEDY:** File J. Thompson, E-file my motions today, E-file my TRO & amended complaint on 3-21-18 and my traverse on 3-25-16. $100,000 damages—

Mandatory   _Matthew R. Ruth_   3-18-16
Signature                              Date

| **GRIEVANCE COORDINATOR'S RESPONSE** | Facility/Office  SCCC  Imu | Date Received  3/21/16 |
|---|---|---|
| Your complaint is being returned because: | | |
| ☐ It is not a grievable issue. | ☐ The complaint was resolved informally. | |
| ☐ You requested to withdraw the complaint. | ☐ Additional information and/or rewriting needed. (See below.) | |
| ☐ You failed to respond to callout (sheet) on _____ | Return within 5 working days or by: _____ | |
| ☐ Administratively Withdrawn _____ | ☐ No rewrite received _____ | |
| ☐ The formal grievance/appeal paperwork is being prepared. | ☐ Sent to _____ (facility) on _____ (date). | |

**EXPLANATION:** Not accepted

| You are allowed and currently have 5 active grievances: 16606821, 16606819, 16606816, 16606814 and 16606091. In addition you may only file 5 complaints during any calander week. | Between 3/15 and 3/18/2016 you filed 9 complaints to include 16606821, 16606819, 16606816, 16606814, 16606830, 16606828, 16606825, 16606824 and 16606823 | |
|---|---|---|

| Coordinator's Name (print) | Coordinator's Signature | Date |
|---|---|---|
| **D. Dahne CSIII** | | 3/22/16 |

DOC 05-165 (Front) (Rev. 04/01/14)                                      DOC 310.100, DOC 550.100

EXHIBIT

>4

16606828



Department of
**Corrections**
WASHINGTON STATE

# OFFENDER COPY

LOG I.D. NUMBER
1606010828

**OFFENDER COMPLAINT**

CHECK ONE:  ☑ Initial   ☐ Emergency   ☐ Appeal   ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain <u>what happened</u>, <u>when</u>, <u>where</u>, and <u>who</u> was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:**   <u>Complaints</u> must be filed within <u>20 working days</u> of the incident. <u>Appeals</u> must be filed within <u>5 working days</u> of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|-----------|-------|--------|-----------|-----------------|-----------|
| Ruth | Mathew | R. | 879492 | SCCC | PBU10 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS:   STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|

**COMPLAINT:** Due To the clear Retaliation Inflicted on me by counselor sullivan Because ~~of~~ ~~my~~ My viral Boost And Facebook Posting And Because 5 an Grieving her for Not sending out My legal Mail or making copies, or give me envelops, counselor sullivan To dd with My FRMT And Classification. She Must be Replaced by another canseler - like cc#1 Bodwell

**SUGGESTED REMEDY:** Replace sullivan with Bodwell For My FRMT And classification. Due to 300.380 VI(B)(3) I should be placed in callam Bay. I was there with family 2011-2012. I did good thm.

Mandatory _(signature)_ Mathew R. Ruth          Signature          3-17-16          Date

---

**GRIEVANCE COORDINATOR'S RESPONSE**

Your complaint is being returned because:
☑ ! is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____
☐ Administratively Withdrawn
☐ The formal grievance/appeal paperwork is being prepared.

| Facility/Office  SCCC  Imu | Date Received  3/21/16 |
|---|---|

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting needed. (See below.)
   Return within 5 working days or by: _____
☐ No rewrite received _____
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:**   You are allowed and currently have 5 active grievances: 16606821, 16606819, 16606816, 16606814 and 16606091. In addition you may only file 5 complaints during any calander week.

Between 3/15 and 3/18/2016 you filed 9 complaints to include 16606821, 16606819, 16606816, 16606814, 16606830, 16606828, 16606825, 16606824 and 16606823

Coordinator's **D. Dahne CSIII**          Coordinator's Signature          Date  3/22/16

DOC 05-165 Front (Rev. 04/01/14)          DOC 310.100, DOC 550.100