DISTRICT JUDGE BENJAMIN H. SETTLE
MAGISTRATE JUDGE DAVID W. CHRISTEL

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| MATTHEW R. RUTH, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK GLEBE, et al. <br><br> Defendants. | NO. 2:14-cv-01388-BHS-DWC <br><br> DECLARATION OF JAMES JOLLY IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME |

I, JAMES JOLLY, make the following declaration:

1. I have knowledge of the facts herein, am over eighteen years of age, and am competent to testify to such facts. I am a party to this lawsuit.

2. I am currently employed by the Washington Department of Corrections (DOC) as a Correctional Unit Supervisor at Stafford Creek Corrections Center (SCCC). My job duties as Correctional Unit Supervisor include he overall supervision of staff and offenders working and residing within the IMU. I have worked for DOC since 2003, and have held my current position since February 2016.

3. According to DOC records, offender Matthew Ruth, DOC #879492, has been housed at SCCC since January 31, 2012. Mr. Ruth has been housed in the SCCC IMU since March 6, 2016.

DECLARATION OF JAMES JOLLY IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME
No. 2:14-cv-01388-BHS-DWC

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

4. Offenders are allowed one box of legal work inside of their cell. Offenders can also kite the unit Property officer requesting to go through additional legal work in a no-contact booth. Offenders can trade out their legal work as needed upon request with the unit property officer.

5. Offenders housed in Segregation have the ability to send mail out daily. Offenders housed in Segregation can also send legal mail out after it is processed and scanned by unit staff. If additional postage is needed the unit counselor will process the postage transfer to ensure the offender has adequate funds to pay for the outgoing legal mail.

6. Offenders housed in Segregation can kite the Law Librarian requesting an efiled. The Law Librarian will collect the documentation to be efiled and process the documentation for the offender.

7. Records show that the offender's paperwork was efiled on 3/22/16 and 3/24/2016.

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

EXECUTED this _25th____ day of March, 2016, at Aberdeen, Washington.

_____J Jolly_____

DECLARATION OF James Jolly IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME
No. 2:14-cv-01388-BHS-DWC

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Declaration of James Jolly in Support of Defendant's Response to Plaintiff's Motion for Extension of Time to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

MATTHEW R RUTH DOC #879492
STAFFORD CREEK CORRECTIONS CENTER
191 CONSTANTINE WAY
ABERDEEN WA 98520
Email: docscccinmatefederal@DOC1.WA.GOV

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 1st day of April, 2016, at Spokane, Washington.

PATTY WILLOUGHBY
Legal Assistant III
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123
PattyW@atg.wa.gov

DECLARATION OF JAMES JOLLY IN
SUPPORT OF DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION FOR EXTENSION OF
TIME
No. 2:14-cv-01388-BHS-DWC

3

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123