DISTRICT JUDGE BENJAMIN H. SETTLE
MAGISTRATE JUDGE DAVID W. CHRISTEL

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| MATTHEW R. RUTH,<br><br>                Plaintiff,<br><br>  v.<br><br>PATRICK GLEBE, et al.<br><br>                Defendants. | NO. 2:14-cv-01388-BHS-DWC<br><br>DECLARATION OF JOHN THOMPSON IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME |

I, JOHN THOMPSON, make the following declaration:

1.   I have knowledge of the facts herein, am over eighteen years of age, and am competent to testify to such facts. I am a party to this lawsuit.

2.   I am currently employed by the Washington Department of Corrections ("DOC") as a Law Librarian at Stafford Creek Corrections Center ("SCCC"). My job duties as Law Librarian include e-filing documents with the U.S. District Courts in Washington State. I have worked for DOC since 2006, and have held my current position since 2006.

3.   According to DOC records, offender Matthew Ruth, DOC #879492, has been housed at SCCC since January 31, 2012.

4.   On March 16, 2016, I received an e-mail from William Crane (CCO) informing me that Mr. Ruth was requesting to e-file in one of his court cases. I stopped by Mr. Ruth's cell

DECLARATION OF JOHN THOMPSON IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME
No. 2:14-cv-01388-BHS-DWC

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

to pick up his papers for e-file on March 18, 2016, but he was not ready. Mr. Ruth stated that his e-filing deadlines were on the 21st and 25th of March. He showed me paperwork which allowed me to verify that he had a deadline on March 25th. Mr. Ruth had not filled out the required cover sheets and he did not have all of his paperwork gathered and ready to go.

5. I asked Mr. Ruth why he didn't have his paperwork properly prepared and he said IMU staff would not make copies of it for him because I had told them he did not have any deadlines. That is true. I informed IMU staff that while Ruth had active cases I could not verify any court deadlines. Mr. Ruth claimed that the IMU staff told him they didn't have any coversheets. This is not true; I had provided a large bundle of cover sheets to the IMU staff approximately one month ago. There had been only two other e-filing requests from the IMU since that time, so there would have been cover sheets still available.

6. William Crane (CCO) provided Mr. Ruth with cover sheets and took his legal to the law library on March 22nd to be e-filed. Salina Brown, SCCC LLO, electronically filed Mr. Ruth's pleadings on March 22nd. Mr. Crane also provided Mr. Ruth with cover sheets for the pleadings that he needed to e-file on March 24th.

7. I personally e-filed Mr. Ruth's pleadings on March 24th.

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

EXECUTED this 31 day of March, 2016, at Aberdeen, Washington.

*(signature)*
JOHN THOMPSON
LAW LIBRARIAN

DECLARATION OF JOHN THOMPSON IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME
No. 2:14-cv-01388-BHS-DWC

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Declaration of John Thompson in Support of Defendant's Response to Plaintiff's Motion for Extension of Time to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> MATTHEW R RUTH DOC #879492
> STAFFORD CREEK CORRECTIONS CENTER
> 191 CONSTANTINE WAY
> ABERDEEN WA 98520
> Email: docscccinmatefederal@DOC1.WA.GOV

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 1st day of April, 2016, at Spokane, Washington.

> PATTY WILLOUGHBY
> Legal Assistant III
> Corrections Division
> 1116 West Riverside Avenue, Suite 100
> Spokane, WA 99201-1106
> (509) 456-3123
> PattyW@atg.wa.gov

DECLARATION OF JOHN THOMPSON IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME
No. 2:14-cv-01388-BHS-DWC

3

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123