UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW R RUTH,

                Plaintiff,

     v.

PATRICK GLEBE, RAY GONZALEZ,
GORHAM, MARTINEZ, SUTHERBY,
LAROSE, SHANAHAN, HENSLEY, T
MATSEN, D DIXON, M. DRAGOO,
SULLIVAN, DANIEL DAVIS, CLINT
MAY,

                Defendants.

CASE NO. 2:14-CV-01388-BHS-DWC

ORDER

Presently before the Court is Plaintiff's Motion titled: Motion for Extension of Time to

File TRO Reply and Amended Complaint TRO to Send Out Legal Mail, Make Legal Copies,

Give Legal Property, and Provide Legal Envelop ("Motion"). Dkt. 72.[1]

After review of the Motion and relevant record, Plaintiff's request for an extension of

time to file a reply to Defendants' Response to Plaintiff's Temporary Restraining Order ("TRO")

is granted. Plaintiff's request for an extension to time to file his Amended Complaint is denied.

---

[1] This Order will address only the request for an extension of time. The requests for a temporary restraining order will be addressed simultaneously with Plaintiff's Motion for Temporary Restraining Order (Dkt. 37).

1    In his Motion, Plaintiff requests additional time to file a reply to Defendants' Response to

2  Plaintiff's TRO. Dkt. 72. Plaintiff was given until January 8, 2016, to file a reply to Defendants'

3  Response. *See* Dkt. 60. Plaintiff filed a motion for extension of time to file his reply on January

4  21, 2016. Dkt. 67. The Court granted Plaintiff's request, and Plaintiff was given until March 21,

5  2016 to file a reply. Dkt. 71. On March 22, 2016, Plaintiff filed this Motion requesting a second

6  extension of time because he has "not been given [his] TRO Answer." Dkt. 72.

7    Plaintiff's request for an extension of time is granted as follows: Plaintiff may file a reply

8  to Defendants' Response to Plaintiff's TRO by no later than May 10, 2016. Pursuant to Local

9  Civil Rule 7(e)(4), Plaintiff's reply shall not exceed six pages, including attachments. If Plaintiff

10  files a reply which is longer than six pages, the Court will consider only the first six pages. All

11  additional pages will be stricken. As a TRO is intended to provide immediate relief, the Court

12  will not grant any additional extensions of time regarding the pending TROs.

13    As Plaintiff filed an Amended Complaint on March 22, 2016 and Supplemental Amended

14  Complaint on March 24, 2016, his request for an extension of time to file an amended complaint

15  is denied as moot.

16    The Clerk is directed to re-note Plaintiff's Motion for Temporary Restraining Order (Dkt.

17  37) to May 10, 2016.

18    Dated this 19th day of April, 2016.

David W. Christel
United States Magistrate Judge

ORDER - 2