THE MOST HONORABLE
BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW R. RUTH,
    Plaintiff,

v.

PATRICK Glebe, et al...

Case No. 2:14-cv-01388-BHS-DWC

OBJECTION TO MAGISTRATE
CHRISTEL'S ORDER DIRECTING
PLAINTIFF TO FILE AMENDED COMPLAINT
AND DENYING MOTION TO SUPPLEMENT
(Request new Magistrate be appointed)

I am now in Walla-Walla, close custody, west complex box west 118-1. This is just like being in segregation. I have to write this on letter paper because I am not being provided plain typing paper. I am not allowed a bic pen, so I must write this with a flimsy small segregation pen. This facility does

1 of 15

Not allow regular pens, or toothbrushes because inmate make shanks with them. I have been here almost two-weeks and was just given the Magistrate's two orders dated 4-19-16 & 4-20-16, I object to both. I was just given my chain boxes. Most of my legal work is being held at Stafford Creek Corrections Center because they want me to send them $75.00 to ship it here to Walla-Walla. I am indigent and have no job, if I do not send the money they will destroy my legal work. (Exhibit one 90 day Notice). In fact, Magistrate Christel has given me until May 10th to reply to the first TRO response, but I do not have that

2 of 13

3

TRO response to reply to, it is at Stafford Creek, with my Habeas Corpus legal work and the rest of this civil legal papers, exhibits, etc.... In fact I had the 2cd Amended complaint mostly typed up before the 3-6-16 segregation incident, it is still in the Stafford property. Chain buses leave Stafford every Monday to Shelton, and from Shelton every Wednesday. This court should order them to send my legal property on the chain bus if they are not going to give it to me because I do not, and will not have $73.00. I cannot meet the May 10th deadline. I was just given AAG Dibbles

3 of 15                                                             6)

response to my second TRO, although, they made me sign for it on the chain bus on 4-4-16. I did not get it until 4-29-16. I had no access to any of my legal property from 3-29-16 until 4-29-16. I am on the law library list for 5-3-16, the first time I have had law library access since 3-5-16, despite my best efforts.

### OBJECTIONS TO ORDERS TO FILE AMENDED COMPLAINT

This is the second amended complaint, the first was ordered by the court, the second I got permission to file to add the new claims stemming from the brutal retaliation of the new superintendant & I&I.

4 of 15

This court may remember a U.A. was falsified as Dirty against me & I was placed with no justification on no pen, paper, and book restrictions in seg. making me miss legal deadlines, all out of retaliation for exercising my Constitutional Rights. This court gave me until 3-21-16 to meet the second Amended Complaint deadline.

    Everyday the defendants saw me work on the Amended Complaint & my Traverse. Then on 3-6-16 I was set up and placed in Seg again and then transferred here to closed custody Walla-Walla out of pure Retaliation & active Interference.

The Magistrate Judge's facts are an objectively unreasonable determination of the facts & contrary to clearly established federal law & this most honorable Judge Settle should reject the order directing me to Re-file my second Amended complaint and allow for filing the complaint I already filed. My second Amended complaint is 45 not 47 pages.

The magistrate incorrectly claims only 2 pages of my 275 page filing deal with my legal claims, and do not link defendants to alleged constitutional violations. What? This makes no sense. First of all pages 1-18 are exactly the same from the first 22 page Amended complaint.

6 of 13

7

Please read pages 1-2, I list all constitutional Amendments & Doctrines violated, the pages 3-45 I show what each defendant did, how it violated my specific constitutional rights, and what prejudice ensued. This court accepted the first 22 page Amended complaint, what is different now?

In fact half of page 19 is from the first Amended complaint. The only difference starts on page 19, under the heading: "Amended Complaint & Defendants"

From page 19 to 45 I list exactly what each defendant did, what rights were violated, how the action is connected to my rights, and what injury was suffered.

7 of 15

8

The Magistrate Judge is 100% wrong, my legal claims are not merely two pages of my complaint.

Next, the magistrate takes issue with my retaliation claim regarding my marriage application not being processed. This was already accepted and set for pretrial setting, and the AAG filed an answer on this, in the first Amended complaint. This claim is not new! It is a clear cut Retaliation claim against the Defendants. They refused to treat me like other offenders in DOC Policy 500.100 & 500.200 by processing my application, although, I met all requirements, this was done out

Pure retaliation because me & Ms. Kain exercised our 1st Amendment Rights against the defendants, grieving, appealing, and filing this law suit. The defendant's are especially upset about our success in social media lately about the Department of Corruption.

 I do not know how Magistrate Christel is just now recognizing the retaliation/marriage claim? I do not even understand why she mentioned it, especially, why did magistrate Christel mischaracterize the claim? The magistrate also conflates my motion for extension with my amended complaint and talks down to a pro se inmate. see page 3.

Judge Christel is clearly Biased towards me and I ask that a new magistrate is appointed to my case. If Judge Christel has such a hard time understanding my claims, then this means I do not have the ability to articulate my claims & she should have appointed me counsel.

Next, Magistrate Christel alleges that for those reasons I have not complied with FRCP 8, but in fact I have. These issues are complex and are as concise and direct as I know how to make them, I am not an attorney.

10 of 15

Next, Magistrate Christel even ordered me to not include exhibits in my complaint. This is wrong. I have a right to add exhibits to my complaint, and this court never said anything about it before. She claims I can only present evidence in response to dispostive motions filed by the defendants. This is wrong, contrary to clearly established law.

Next, Magistrate Christel states the court will screen the 3rd amended complaint to determine whether it contains factual allegations linking each defendant to the alleged violation. Magistrate Christel

11 of 15

failed to see that I clearly did this in the 2nd Amended Complaint, so how is me Re-writing it a third time going to be any different? Magistrate Christel is just Prejudiced & Biased against Pro Se inmates suing WDOC. Magistrate Christel is looking to dismiss my Serious & Factual Complaint.

Next, my 1st Amended Complaint exceeded 20 pages. However, now for some reason Magistrate Christel takes exception. I ask that Judge Settle allows me to file the 45 page Amended Complaint, there is good cause, the extreme & violent retaliation lasted for

12 of 15

13

Four years at Stafford Creek & there is no way possible for me to fit all of it in 20 pages. Please allow the 45 page complaint. I have no access to a type writer. I am left handed. I have to use the same flimsy seg. pen. I do not even have access to plain white paper as of now.

Next, the magistrate denied my supplement w/ exhibits. I am in prison & the grievances for exhaustion & other evidence flows in at different times. Plus, the nature of the retaliation at Stafford Creek was that the defendants kept retaliating & actively interfering with me rights & legal access.

13 of 15

sore was so severe that I have to document it & file new exhibits proving my claims. I have more right now proving defendant Martinez's retaliation & that J. Thompson and CUS Jolly are liars who lied to this court & Ms. Dibble. I do not see why I cannot file it, the court accepted this type of supplement in the past.

## CONCLUSION

Please allow my second amended complaint to be filed; order Stafford Creek to send me my property; give me more time to file the TRO reply, starting from when I get my property; appoint a new fair & unbiased magistrate.

14 of 15

15

Respectfully submitted,

This second day of May 2016

/s/ Matthew R. Ruth
Matthew R. Ruth, Pro se

Washington State Penitentiary
1313 NE 13th
Walla-Walla WA 99362


P.S. J. Thompson & S. Brown did both mess up the e-filing of my Traverse to the Seattle Division. Maybe this was done to my amended complaint? I do not think so because it came back in order & Kristine A. Hain read it on the internet. The Traverse was all out of order & intentionally messed up. Kristine said she read the 2ed Amended Complaint.

15 of 15

EXHIBIT
ONE



STATE OF WASHINGTON
**DEPARTMENT OF CORRECTIONS**
OFFICE OF CORRECTIONAL OPERATIONS
STAFFORD CREEK CORRECTIONS CENTER
191 Constantine Way, MS WA-39 - Aberdeen, Washington 98520
(360) 537-1800
FAX: (360) 537-1807

To: Ruth        DOC 879492        Date: 3-31-16

**RE: 90 Day Notice**

The Stafford Creek Correction Center Property Room is currently storing personal property for you.

If you want this property mailed to you, send a money order or cashiers check for the amount of $ 75.00 to the address below.

If you do not contact the Stafford Creek Corrections Center Property Room, your property will be donated or destroyed 90 days after the date of this notice. Please put Postage Account Only on the money order.

Stafford Creek Correction Center
**Attn: Property Room Sergeant**
191 Constantine Way
Aberdeen, WA 98520

**NO FURTHER NOTICE WILL BE GIVEN**

Sincerely,

X _____

Property Staff
SCCC

Cc: Offender File
    Office File