1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW R. RUTH,

Plaintiff,

v.

PATRICK GLEBE, et al.,

Defendants.

CASE NO. C14-1388BHS-DWC

ORDER DENYING OBJECTIONS

This matter comes before the Court on Plaintiff Matthew Ruth's ("Ruth")

objections (Dkt. 81).

On April 20, 2016, the Honorable David W. Christel, United States Magistrate

Judge, issued an order directing Ruth to amend his voluminous complaint to comply with

Federal Rule of Civil Procedure 8 and to correlate factual allegations with named

defendants and with Ruth's asserted causes of action.  Dkt. 79.  Judge Christel also

denied Ruth's motion to supplement the operative complaint with a supplemental

complaint because of the order to file an amended complaint.  *Id.*  On May 10, 2016,

Ruth filed objections arguing that Judge Christel is "100% wrong" and explaining how

the complaint complies with the appropriate rules.  Dkt. 81.

1    When a pretrial matter not dispositive of a party's claim or defense is referred to a

2  magistrate judge to hear and decide, the magistrate judge must promptly conduct the

3  required proceedings and, when appropriate, issue a written order stating the decision.  A

4  party may serve and file objections to the order within 14 days after being served with a

5  copy.  A party may not assign as error a defect in the order not timely objected to.  The

6  district judge in the case must consider timely objections and modify or set aside any part

7  of the order that is clearly erroneous or is contrary to law.  Fed. R. Civ. P. 72(a)

8    In this case, Ruth has failed to meet his burden.  Ruth's complaint is extensive,

9  and it is not erroneous to conclude that Ruth failed to clearly and concisely state his

10  claims against each named defendant.  Moreover, it is not contrary to law to order Ruth to

11  file an amended complaint correcting this excessiveness by providing a short and plain

12  statement of each claim.  Therefore, the Court **DENIES** Ruth's objections.

13    **IT IS SO ORDERED**.

14    Dated this 12th day of May, 2016.

15

16    _____

17    BENJAMIN H. SETTLE
    United States District Judge

18

19

20

21

22