UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW R. RUTH,

                Plaintiff,

    v.

PATRICK GLEBE, RAY GONZALEZ,

                Defendants.

No. 2:14-CV-1388- BHS-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1)     The Court adopts the Report and Recommendation.

2)     Plaintiff's Motions for a Temporary Restraining Order (Dkt. 37, 72) are DENIED as moot.

3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this _____ day of _____, 2016.

                                                              Benjamin H. Settle
                                                              United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1