THE HONORABLE JUDGE BENJAMIN H. SETTLE

THE HONORABLE MAGISTRATE DAVID CHRISTEL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW R. RUTH,<br><br>Plaintiff,<br><br>V.<br><br>PATRICK Glebe, Et al..... | CASE NO: 2:14-CV-01388-BHS-DWC<br><br>TRO To Send MY LEGAL PROPERTY & Place Facility BAND ON STAFFORD CREEK & Order the 5 Grievance ban unconstitutional |

The WDOC has a 5 Grievance ban that is denying me

Access to the courts. Stafford creek has been processing 5-grievances

for one quarter of a year. There can be No legitimate policy

To prevent me from filing serious Grievances. (Exhibit one,

Two Grievances & a Grievance chart, denied for filing due to

the unconstitutional 5-Grievance ban. I ask that this

court rule that policy unconstitutional so I may access the
courts.

-1-

Next, I mapped this issue out in my last objections. (Exhibit two, objections with 90-day letter threatening to destroy my legal property & personal property if I do not send $75.00). In the second amended complaint I added the active interference claim of the defendants for the second time placing me in segregation & denying me my legal property. This has prejudiced my Traverse, amended complaint, two replies, and division one PRP. Still SCCC has not provided me my legal property. I am indigent, I am in close custody, I have no way to get $75.00, it is like a million dollars. I am to poor to afford the postage of my legal property. This violates my constitutional rights to access the courts

Rights to access the courts & is Active interference, Stafford creek can send my property with the chain buses for free.

I did Not & do Not have either of the The responses from the AAG, so I could Not Reply To them. Stafford creek Prevented me from Reply To my TROS.

I did Not & still do Not have my criminal habeas corpus legal property. This prevented me & still is from litigating my Active Habeas corpus. without my legal Property I cannot litigate this civil complaint, my Habeas corpus, or my Active PRP in Division one.

I ask that this court order Stafford creek to send my legal Property to me, I do Not have $75.00 & Stafford will destroy my legal property on July 4th Because I am Poor. This court

has a duty to Protect me from being Denied court Access because I am Poor. This court has a duty to order stafford creek to send my legal work. They can send it on the chain Bus.

Next, due to all the Retaliation & Active interfernce inflicted upon me by stafford creek employes. I ask that this court order a seParatee is Placed on that facility, banning me from being sent back to sccc ever. My life was even threatened by I & I W. I should Never have to go back to that horrible & un Professional facility.

Date 6-1-16

X _____ R. _____

Matthew R. Ruth, Prisoner Rights Activist

-4-

EXHIBIT
ONE

Serious Grievance Issues
Banned by the unconstitutional
5-Grievance Policy.

5



Department of
**Corrections**
WASHINGTON STATE

LOG I.D. NUMBER

16 610 240

**OFFENDER COMPLAINT**

CHECK ONE: ☒ Initial ☐ Emergency ☐ Appeal ☐ Rewrite

RESIDENTIAL FACILITIES: Send completed form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

NOTE: Complaints must be filed within 20 working days of the incident. Appeals must be filed within 5 working days of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|---|---|
| Ruth | Matthew | R. | 829442 | WSP | FW 118.1 |

COMMUNITY SUPERVISION: Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|

COMPLAINT: ∆: 5-10-16 I was placed on legal mail out/copies at the
Law Library 12:40PM, I brought 3-envelops with me. There is no warning
or policy that alerts me to the mads up Rule applied to me. C/o Miller
searched me & made me throw away my LEGAL ENVELOPS I bought from
Store because my name was not on them. I had a new & said But my
name on them. C/o Miller called me a liar saying no legal mail is
sent out from the Law Library. That is a lie. I informed the Sgt in
the Law Library. I have a verified deadline for 5-10-16, He told me that
although there is no notice or policy to enforce their Rule & that
I cannot meet my deadline it is ok. I tall him that is a dire
interference with my Right to access the courts per the 9th circuit & the
US supreme court, He threatened to send me back to the unit And told me
not to tell him what the law is. They are both unprofessional.
SUGGESTED REMEDY:
the Sgt & C/o Miller Need educated on the code of ethics outlined
in the whole employee Hand Book page 18-21. Same three of Name needs to
be given to us some know that (give back my Envelops) 5-10-16

Mandatory _____ F. Ruth _____ 5-10-16
Signature                              Date

**GRIEVANCE COORD[INATOR]**

Your complaint is being

☐ It is not a grievable is[sue]
☐ You requested to wit[hdraw]
☐ You failed to respon[d]
☒ Administratively With[held]
☐ The formal grievance

6/8/16

Per page 26 of the Offender Grievance Program Manual:
Offenders may not submit more than five (5) new complaints per
calendar week or have more than 5 active grievances and/or
appeals. If an offender exceeds those limits, the Grievance
Coordinator will return all materials, explain the offender is over
the limit, and list all active log ID numbers. You may withdraw one
of the active grievance to pursue this one. This must occur by

Date Received 5/11/16

ed informally.
I/or rewriting needed. (See

ays or by: _____

ility) on _____ (date).

EXPLANATION: The envelopes must be pre addressed before taking
them to the law library for mailing. Not addressed envelopes
can become "payment" to other offenders.
See attached

| Coordinator's Name (print) | Coordinator's Signature | Date |
|---|---|---|
| J. AIYEKU | | 5/11/16 |

DOC 05-165 Front (Rev. 02/23/16)

DOC 310.100, DOC 550.100

6



Department of
Corrections
WASHINGTON STATE

| LOG I.D. NUMBER |
| 1661382 |

**OFFENDER COMPLAINT**

**CHECK ONE:** ☑ Initial  ☐ Emergency  ☐ Appeal  ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** Complaints must be filed within 20 working days of the incident. Appeals must be filed within 5 working days of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|---|---|
| RUTH | MAHLEN | R. | 829492 | WSP | Fw 118-1 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|
| | | | |

**COMPLAINT:** THE Booth officers do Not talke into consideration that I go to school from 1-4, M-F, when making the JPay list. IN Fox unit we only get to use the JPay everyother day. we cannot to use JPAY once every Four days. so, I only get to use JPay w/data cable during Dayroom. so, I only get am getting Punished. If I did Not Program I could use the JPay. I even miss Yards because of school. The south officers are Not even consistently Running the JPay list. sometimes, most times, IN a 15 hour period they do Not get to everybody. This is Mathmatically impossible. they are Lazy & Slack off. sometimes the same cells get called twice.

**SUGGESTED REMEDY:** The booth officers should talke into consideration Programming when making the List. We should be able to use the data cable's during dayroom. The Booth officers should get to everybody Fw 15 Hours.

Mandatory [signature]   R. [signature]   5-24-16

Signature _____   Date

| **GRIEVANCE COORDINATOR'S RESPONSE** | Facility/Office WSP | Date Received 5-31-16 |
|---|---|---|

Your complaint is being returned because:
☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____
☐ Administratively Withdrawn _____
☐ The formal grievance/appeal paperwork is being prepared.

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting needed. (See below.)
   Return within 5 working days or by: _____
☐ No rewrite received _____
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:** Per page 26 of the Offender Grievance Program Manual: Offenders may not submit more than five (5) new complaints per calendar week or have more than 5 active grievances and/or appeals. If an offender exceeds those limits, the Grievance Coordinator will return all materials, explain the offender is over the limit, and list all active log ID numbers. You may withdraw one of the active grievance to pursue this one. This must occur by 6/22/16

see attached

| Coordinator's Name (print) J. AIYEKU | Coordinator's Signature [signature] | Date 6/2/16 |
|---|---|---|

DOC 05-165 Front (Rev. 02/23/16)   DOC 310.100. DOC 550.100

## Inmate: RUTH, Matthew Robert (879492)

| Gender: Male | DOB: 12/09/1979 | Age: 36 | Category: Regular Inmate | Body Status: Active Inmate |
|---|---|---|---|---|
| RLC: MOD | Wrap-Around: No | Comm. Concern: No | Custody Level: Close | Location: WSP-Main — UNF / FW1181 |
| ERD: 12/01/2021 | | | | CC/CCO: Mclaughlin, Cory F |

| Log ID | Action Date | Area | Specific | Resolution | Level | Closure Date |
|---|---|---|---|---|---|---|
| 16607425 | 05/10/2016 | LEGAL LIBRARY | MAIL-LEGAL | REWRITE | Level 2 | |
| 16606821 | 04/28/2016 | IMU | LEGAL ISSUES | | Level 2 | |
| 16606819 | 04/28/2016 | IMU | PHOTOCOPYING | | Level 2 | |
| 16606816 | 04/28/2016 | LEGAL LIBRARY | LEGAL ISSUES | | Level 2 | |
| 16606814 | 04/28/2016 | SEG | LEGAL ISSUES | | Level 2 | |

EXHIBIT

TWO

Objections with
material Facts to
TRO & 90-day letter

THE MOST HONORABLE
BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW R. RUTH,

      Plaintiff,

   V.

PATRICK Glebe, et al...

CASE NO. 2:14-CV-01388-BHS-DWC

OBJection To MAGistrate
CHRISTEL'S ORDER DIRECTING
Plaintiff To File AMended complaint
And Denying Motion To supplement
(Request New magistrate Be Appointed)

I am Now in walla-walla, close custody, west complex

box west 118-1. This is Just like being in segregation.

I have to write this on letter Paper because I

am not being Provided Plain TYPing Paper. I am Not

allowed a bic Pen, So I Must write this with a

Flimsy small segregation Pen. This Facility does

1 OF 15

10

Not allow Regular PeNS, or ToothBrushes because INmate make shanks with them. I have been here almost two-weeks and was Just Given the Magistrate's two orders dated 4-19-16 & 4-20-16, I object to both. I was Just given My chain Boxes. Most of My Legal work is being held at stafford creek corrections center because they want me to send them $75.00 to ship it here to walla-walla. I am indigent and have No Job, if I do Not send the Money they will DeStroy my Legal work. (ExhiBit one 90 day Notice). IN Fact, magistrate christel has given me uNtil May 10th to Reply to the first TRO ResPoNse, but I do Not have that

2 of 13

&1

TRo Response to Reply to, it is at Stafford creek. With My Habeas corpus legal work And the Rest of this civil legal Papers, Exhibits, etc.... In fact I had the 2nd Amended complaint Mostly typed up Before the 3-6-16 Segregation incident, it is still in the stafford Property. chain Buses Leave stafford every Monday to shelton, and from shelton every wednesday. this court should order them To send My Legal Property on the chain Bus if they are Not going to give it to Me Because I do Not, and will Not have $75.00. I cannot meet the May 10th deadline. I was Just Given ANG Dibbles

Response to My Second Tro, although, they
Make me sign for it on the chain BUS
on 4-4-16. I did Not get it until 4-29-16.
I had No access to Any of My legal Property
from 3-29-16 until 4-29-16. I am on the law
Library list for 5-3-16, the first time I have had
law Library access Since 3-5-16, despite My
best efforts.

### OBJECTIONS TO ORDERS TO FILE AMENDED COMPLAINT

This is the second Amended complaint, the
first was ordered by the court, the second
I got Permission to file to add the
New claims stemming from the Brutal
Retaliation of the New superintendant & I.R.I.

4 of 15
#13

This court may remember a U.A. was falsified
as Dirty against me & I was Placed with No
Justification on No Pen, Paper, And Book
Restrictions in Seg, Making me miss Legal
deadlines, all out of Retaliation for exercising
my Constitutional Rights. This court gave
me until 3-21-16 to meet the second
Amended complaint deadline.

Everyday the defendants saw me work
on the amended complaint & my Traverse.
Then on 3-6-16 I was set up And Placed in
Seg again And then transferred here to
closed custody walla-walla out of Pure
Retaliation & active Interference.

5 of 13                                    94

The Magistrate Judge's Facts are an
objectively unreasonable determination
of the facts & contrary to clearly established
Federal Law & this most honorable Judge
Settle should reject the order directing
me to Re-file my second Amended complaint
and allow for filing the complaint I already
filed. My second Amended complaint is 45 not 47 pages.

The magistrate incorrectly claims only 2
pages of my 275 page filing deal with my legal
claims, and do not link defendants to alleged
constitutional violations. what? This makes no
Sense, First of all pages 1-18 are exactly the
Same from the First 22 page Amended complaint.

6 of 13

16

Please read Pages 1-2, I List all constitutional

Amendments & Doctrines Violated, the Pages 3-45

I show what each defendant did, how it Violated

My specific constitutional Rights, and what Prejudice

ensued. This court accepted the first 22 Page

Amended complaint, what is different Now?

In fact half of Page 19 is from the

first Amended complaint. The only difference

starts on Page 19, under the Heading:

"Amended complaint & DEFENDANTS"

From Page 19 to 45 I List exactly what

each Defendant did, what Rights were violated,

how the action is connected to My Rights, and

what injury was suffered.

> of 15

The magistrate Judge is 100% wrong,
My Legal claims are Not merely two Pages
of my complaint.

Next, The magistrate takes issue with my retaliation
claim regarding my marriage application Not
being Processed. This was already accepted
And Set for Pretrial settling, and the
AAG filed an answer on this, in the first
Amended complaint. This claim is Not new!
It is a clear cut Retaliation claim against
the Defendants. They refused to treat me
like other offenders in Doc Policy 500.100 &
500.200 by Processing my application, although,
I met all requirements, this was done out

8 of 13

17

Pure retaliation because me & M.S. Kain
Exercised our 1st Amendment Rights against
the defendants, grieving, appealing, and filing
This law suit. The defendant's are especially
upset about our success in social media lately
about the Department of corruption.

I do not know how Magistrate Christel
is just now recognizing the retaliation/marriage
claim? I do not even understand why she
mentioned it, especially, why did Magistrate
Christel mischaracterize the claim? The
magistrate also conflates my motion for
extension with my Amended complaint and
Talks down to a Pro Se inmate, see page 3,

9 of 13                                                    18

Judge christel is clearly Biased tawards
me And I aske that a new magistrate is
appointed to my case. If Judge christel
has such a hard time understanding my
claims, then this means I do Not have
The ability to articulate my claims & she
Should have appointed me counsel.

Next, magistrate christel alleges that for
those reasons I have Not compiled with
FRCP 8, but in fact I have. These
Issues are complex and are as concise And
Direct as I know how to make them, I am
Not an attorney.

10 of 15

Next, magistrate christel even ordered
me to not include exhibits in my complaint.
This is wrong. I have a right to add
exhibits to my complaint, and this court
never said anything about it before. She
claims I can only present evidence in
response to dispositive motions filed by
the defendants. This is wrong, contrary to
clearly established law.

Next, magistrate christel states the court
will screen the 3rd amended complaint to
determine whether it contains factual
allegations linking each defendant to
the alleged violation. Magistrate christel

11 of 13

20

Failed to see that I clearly did this in the 2nd Amended complaint, so How is me Re-writing it a Third time going to be any different? Magistrate Christel is just Prejudiced & Biased against Pro Se Inmates suing WDOC. Magistrate Christel is looking to dismiss My Serious & Factual complaint.

Next, My last Amended complaint exceeded 20 pages. However, Now for some reason Magistrate Christel takes exception. I ask that Judge SETTLE allows me to file the 45 Page Amended Complaint, there is good cause, the extreme & violent retaliation lasted for 12 of 15

24

Four years at Stafford Creek & there
is no way possible for me to fit all of
it in 20 pages. Please allow the 45 page
complaint. I have no access to a type
writer. I am left handed. I have to use
the same flimsy seg. pen. I do not even
have access to plain white paper as of
now.

Next, the magistrate denied my supplement w/ exhibits.
I am in prison & the grievances for exhaustion &
other evidence flows in at different times. Plus,
the nature of the retaliation at Stafford Creek
was that the defendants kept retaliating &
actively interfering with my rights & legal access.

13 of 13

22

Some was so severe that I have to document it & file new exhibits proving my claims. I have more right now proving defendant Martinez's retaliation & that J. Thompson and CUS Jolly are liars who lied to this court & Ms. Dibble. I do not see why I cannot file it, the court accepted this type of supplement in the past.

## CONCLUSION

Please allow my second amended complaint to be filed; order Stafford Creek to send me my property; give me more time to file the TRO reply, starting from when I get my property; appoint a new fair & unbiased magistrate.

14 of 15

23

Respectfully submitted;

This second day of May 2016

x ~~~~~~ R. ~~~~~
Matthew R. Ruth, Prose

washington state Penitentiary
1313 NE 13th
walla-walla  WA  99362


P.S.  J. Thompson & S. Brown did Both
     mess up the Filing of my Traverse
     To the Seattle Division. Maybe this
     was done to my Amended complaint?
     I do not think so because it came
     Back in order & Kristine A. Hain
     Read it on the internet. The Traverse
     was all out of order & intentionally
     messed up. Kristine said she read
     the 2ed Amended complaint.


15 of 15

EXHIBIT
one



STATE OF WASHINGTON
**DEPARTMENT OF CORRECTIONS**
OFFICE OF CORRECTIONAL OPERATIONS
**STAFFORD CREEK CORRECTIONS CENTER**
191 Constantine Way, MS WA-39 - Aberdeen, Washington 98520
(360) 537-1800
FAX: (360) 537-1807

To: Ruth          DOC 879492          Date: 3-31-16

**RE: 90 Day Notice**

The Stafford Creek Correction Center Property Room is currently storing personal property for you.

If you want this property mailed to you, send a money order or cashiers check for the amount of $ 75.00 to the address below.

If you do not contact the Stafford Creek Corrections Center Property Room, your property will be donated or destroyed 90 days after the date of this notice. Please put Postage Account Only on the money order.

Stafford Creek Correction Center
**Attn: Property Room Sergeant**
191 Constantine Way
Aberdeen, WA 98520

**NO FURTHER NOTICE WILL BE GIVEN**

Sincerely,

Property Staff
SCCC

Cc: Offender File
    Office File