# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW R RUTH,

      Plaintiff,

  v.

PATRICK GLEBE, RAY GONZALEZ, GORHAM, MARTINEZ, SUTHERBY, LAROSE, SHANAHAN, HENSLEY, T MATSEN, D DIXON, M. DRAGOO, SULLIVAN, DANIEL DAVIS, CLINT MAY,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.   2:14-CV-01388-BHS-DWC

\_\_\_   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

    The Report and Recommendation is adopted and approved. Plaintiff's case is DISMISSED WITHOUT PREJUDICE.

    Judgment is entered for Defendants.

    Dated this \_\_\_\_\_ day of _____, 2016.

WILLIAM M. MCCOOL
Clerk

_____
Deputy Clerk